# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **MARISOL R. CASTILLO**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14 C 9136 |
| **LVNV FUNDING, LLC**; et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Counsel for plaintiff Marisol Castillo has filed three documents [Dkt. Nos. 50, 51 and 52] relating to its motions to admit. Because that filing directly violates this District Court's LR 26.3, all three documents are ordered stricken from the file.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 24, 2015